UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELROY D. CLAY,

    Plaintiff,

-vs-

No. 12-10140
District Judge Sean F. Cox
Magistrate Judge R. Steven Whalen

CHARLES COY, ET AL.,

    Defendants.

                                        /

**ORDER APPOINTING PRO BONO COUNSEL
AND STAYING PROCEEDINGS**

On March 12, 2012, I denied without prejudice Plaintiff's motion for appointment of counsel. *See* Doc. #10. Since that time, the Court entered an order (Doc. #25) adopting my Report and Recommendation (Doc. #19) and denying summary judgment to both Plaintiff and Defendants.

The Plaintiff is a *pro se* prison inmate who, up to this point, has filed hand-written pleadings that, while describing the facts as he sees them, show a lack of understanding of the legal processes and procedures that would have to be followed for this case to be adjudicated efficiently and fairly. It would benefit not only the Plaintiff, but the Defendants and the Court if Plaintiff were given the benefit of representation by an attorney assigned under the Court's pro bono program.

Accordingly, IT IS ORDERED that appointment of counsel be GRANTED to Plaintiff, and that the Court obtain an attorney who will undertake representation as pro bono counsel.

IT IS FURTHER ORDERED that all proceedings in this case be STAYED for a period of 45 days so that pro bono counsel may be obtained.


Dated: October 3, 2013                     s/ R. Steven Whalen
                                                       R. STEVEN WHALEN
                                                       UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on October 3, 2013, electronically and/or by U.S. mail.

                                                       s/Michael Williams
                                                       Case Manager for the
                                                       Honorable R. Steven Whalen